```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 16-05224-RNO
Bobby D. Davis                                                 Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr         Page 1 of 1          Date Rcvd: Mar 06, 2017
                            Form ID: ntcnfhrg       Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
```
db           +Bobby D. Davis,    2772 Monticello Lane,    Harrisburg, PA 17112-3757
4869605       Barclays Bank Delaware,    Wilmington,DE 19899
4869606       Best Buy/CBNA,    Sioux Falls,SD 57104
4869607       Capital One Bank,    Richmond,VA 23285-5075
4876888       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4869608      +Capital One Bank USA,    PO Box 30285,    Utah,Salt Lake City 84130-0285
4869611       Dept of Education/Navient,    Pennsylvania,Wilkes-Barre 18773-9655
4869610       Dept of Education/Navient,    Wilkes-Barre,PA 18773-9655
4869614       Midland Funding, LLC,    San Diego,CA 92108
4869615      +Preferred Credit,    PO Box 1679,    Minnesota,St. Cloud 56302-1679
4869616       SYNCB/Amazon PLCC,    Alpharetta,GA 30005
4869620     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    PO Box 8026,    Cedar Rapids,IA)
4875984      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4869609       E-mail/Text: cio.bncmail@irs.gov Mar 06 2017 18:52:37      Department of the Treasury,
              Internal Revenue Service,    Andover,MA 01810
4869613      +E-mail/Text: ebnsterling@weltman.com Mar 06 2017 18:52:39      Kay Jewelers,    375 Ghent Rd.,
              Ohio,Fairlawn 44333-4600
4869617      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2017 18:53:39      SYNCB/PC RICHARDS,
              PO box 965036,    Orlando,FL 32896-5036
4869618      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2017 18:53:39      SYNCB/WalMart,    PO Box 965024,
              Florida,Orlando 32896-5024
4869619      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2017 18:53:39      SYNCB/Wolf Furniture,
              PO Box 965036,    Orlando,FL 32896-5036
4872290      +E-mail/Text: ecf@buckleyking.com Mar 06 2017 18:52:34
              Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
              600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4869612       Eastern Revenue, Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
```
              Chad J. Julius    on behalf of Debtor Bobby D. Davis cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Bobby D. Davis  
Debtor(s)

Chapter 13

Case No. 1:16−bk−05224−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: LyndseyPrice |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 6, 2017 |

Case 1:16-bk-05224-RNO    Doc 22    Filed 03/08/17    Entered 03/09/17 00:52:05    Desc
Imaged Certificate of Notice    Page 2 of 2