IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBY D. DAVIS,   :   CASE NO.: 1:16-bk-05224-HWV
       Debtor   :

## DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT

**AND NOW COMES**, Debtor, Bobby D. Davis, by and through his attorneys, Jacobson & Julius, and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1. Debtor filed a Chapter 13 Petition on or about December 29, 2016.

2. Debtor receives regular income from employment at Veterans Administration that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3. The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4. Debtor consents to the wage attachment.

5. This wage attachment coincides with Debtor motion to modify his plan.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

    Respectfully Submitted,

    JACOBSON & JULIUS

Dated: July 5, 2018    s/Chad J. Julius
    ID# 209496
    8150 Derry Street
    Harrisburg, PA 17111.5260
    717.909.5858
    717.909.7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBY D. DAVIS, : CASE NO.: 1:16-bk-05224
       Debtor :

**DEBTOR'S CONSENT TO
VOLUNTARY WAGE ATTACHMENT**

I, Bobby D. Davis, do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: July 5, 2018                              s/ Bobby D. Davis

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBby D. DAVIS, : CASE NO.: 1:16-bk-
        Debtor : 

**PROOF OF SERVICE**

AND NOW, this 5th day of July, 2018, I, Tiffany Ramsey, with Jacobson & Julius, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF or first class mail–

    Charles J. DeHart, III, Esq.        Office of U.S. Trustee
    8125 Adams Drive                     POB 969
    Hummelstown, PA 17036          Harrisburg, PA 17108.0969

Corporal Michael J Crecenz Va medical Center
3900 Woodland Ave
Philadelphia, PA 19104

                                      By:    s/Tiffany Ramsey
                                                Tiffany Ramsey, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BOBBY D. DAVIS ,  :  CASE NO.: 1:16-bk-05224-HWV
        Debtor  :

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

> Corporal Michael J Crecenz Va medical Center
> 3900 Woodland Ave
> Philadelphia, PA 19104

should deduct from said Debtor's income the sum of **$268.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> Charles J. DeHart, III
> Standing Chapter 13 Trustee
> POB 7005
> Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:16-bk-05224-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.