```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 16-05224-HWV
Bobby D. Davis                                                Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Jul 05, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
              +Corporal Michael J Crecenz,   VA Medical Center,   3900 Woodland Ave,
                Philadelphia, PA 19104-4594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Bobby D. Davis cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBY D. DAVIS, : CASE NO.: 1:16-bk-05224-HWV
        Debtor :

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

> Corporal Michael J Crecenz Va medical Center
> 3900 Woodland Ave
> Philadelphia, PA 19104

should deduct from said Debtor's income the sum of **$268.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> Charles J. DeHart, III
> Standing Chapter 13 Trustee
> POB 7005
> Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:16-bk-05224-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.

Dated: July 05, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)