```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-05224-HWV
Bobby D. Davis                                                          Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk              Page 1 of 2              Date Rcvd: May 10, 2019
                              Form ID: ntnoshow            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
```
db              #+Bobby D. Davis,    2772 Monticello Lane,    Harrisburg, PA 17112-3757
4869605          Barclays Bank Delaware,    Wilmington,DE 19899
4869606          Best Buy/CBNA,    Sioux Falls,SD 57104
4869607          Capital One Bank,    Richmond,VA 23285-5075
4869611          Dept of Education/Navient,    Pennsylvania,Wilkes-Barre 18773-9655
4869610          Dept of Education/Navient,    Wilkes-Barre,PA 18773-9655
4869614          Midland Funding, LLC,    San Diego,CA 92108
4869615         +Preferred Credit,    PO Box 1679,    Minnesota,St. Cloud 56302-1679
4869616          SYNCB/Amazon PLCC,    Alpharetta,GA 30005
4869620        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 8026,    Cedar Rapids,IA)
4875984         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4908050          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 19:14:12
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4876888          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 19:14:10
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4869608         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 19:13:58     Capital One Bank USA,
                 PO Box 30285,    Utah,Salt Lake City 84130-0285
4913191         +E-mail/Text: bankruptcy@cavps.com May 10 2019 19:11:21     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4869609          E-mail/Text: cio.bncmail@irs.gov May 10 2019 19:10:59     Department of the Treasury,
                 Internal Revenue Service,    Andover,MA 01810
4869613         +E-mail/Text: BKRMailOPS@weltman.com May 10 2019 19:11:04     Kay Jewelers,    375 Ghent Rd.,
                 Ohio,Fairlawn 44333-4600
4904832         +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2019 19:11:10     Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4898249          E-mail/PDF: pa_dc_ed@navient.com May 10 2019 19:13:46
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
4919392          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 19:14:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4869617         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 19:13:58     SYNCB/PC RICHARDS,
                 PO box 965036,    Orlando,FL 32896-5036
4869618         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 19:14:11     SYNCB/WalMart,    PO Box 965024,
                 Florida,Orlando 32896-5024
4869619         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 19:13:45     SYNCB/Wolf Furniture,
                 PO Box 965036,    Orlando,FL 32896-5036
4872290         +E-mail/Text: ecf@buckleyking.com May 10 2019 19:10:54
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
4909836         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 19:14:11     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4869612          Eastern Revenue, Inc.
4907649*        +MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC. as agent,    for MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Bobby D. Davis cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Bobby D. Davis,  Chapter  7

**Debtor 1**

Case No.  1:16–bk–05224–HWV

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **May 30, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **May 30, 2019**.

**If no objections are filed by May 30, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 10, 2019 |

ntnoshow (07/18)