```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                    Case No. 16-05224-HWV
Bobby D. Davis                                            Chapter 7
           Debtor           CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr        Page 1 of 2        Date Rcvd: Jun 20, 2019
                            Form ID: ordsmiss      Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
```
db            #+Bobby D. Davis,    2772 Monticello Lane,    Harrisburg, PA 17112-3757
4869605        Barclays Bank Delaware,    Wilmington,DE 19899
4869606        Best Buy/CBNA,    Sioux Falls,SD 57104
4869607        Capital One Bank,    Richmond,VA 23285-5075
4869611        Dept of Education/Navient,    Pennsylvania,Wilkes-Barre 18773-9655
4869610        Dept of Education/Navient,    Wilkes-Barre,PA 18773-9655
4869614        Midland Funding, LLC,    San Diego,CA 92108
4869615       +Preferred Credit,    PO Box 1679,    Minnesota,St. Cloud 56302-1679
4869616        SYNCB/Amazon PLCC,    Alpharetta,GA 30005
4875984       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4908050        EDI: AIS.COM Jun 20 2019 23:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4876888        EDI: CAPITALONE.COM Jun 20 2019 23:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4869608       +EDI: CAPITALONE.COM Jun 20 2019 23:13:00      Capital One Bank USA,    PO Box 30285,
                 Utah,Salt Lake City 84130-0285
4913191       +E-mail/Text: bankruptcy@cavps.com Jun 20 2019 19:12:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4869609        EDI: IRS.COM Jun 20 2019 23:13:00      Department of the Treasury,    Internal Revenue Service,
                 Andover,MA 01810
4869613       +E-mail/Text: BKRMailOPS@weltman.com Jun 20 2019 19:12:28      Kay Jewelers,    375 Ghent Rd.,
                 Ohio,Fairlawn 44333-4600
4904832       +EDI: MID8.COM Jun 20 2019 23:13:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4898249        EDI: NAVIENTFKASMDOE.COM Jun 20 2019 23:13:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
4919392        EDI: PRA.COM Jun 20 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4869617       +EDI: RMSC.COM Jun 20 2019 23:13:00      SYNCB/PC RICHARDS,    PO box 965036,
                 Orlando,FL 32896-5036
4869618       +EDI: RMSC.COM Jun 20 2019 23:13:00      SYNCB/WalMart,    PO Box 965024,
                 Florida,Orlando 32896-5024
4869619       +EDI: RMSC.COM Jun 20 2019 23:13:00      SYNCB/Wolf Furniture,    PO Box 965036,
                 Orlando,FL 32896-5036
4872290       +E-mail/Text: ecf@buckleyking.com Jun 20 2019 19:12:24
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
4909836       +EDI: RMSC.COM Jun 20 2019 23:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
4869620        EDI: TFSR.COM Jun 20 2019 23:13:00      Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids,IA
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4869612        Eastern Revenue, Inc.
4907649*      +MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC. as agent,    for MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:

        Chad J. Julius    on behalf of Debtor 1 Bobby D. Davis cjulius@ljacobsonlaw.com, brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com

        James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

        Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                   TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bobby D. Davis,<br>**Debtor 1** | Chapter 7<br><br>Case No. 1:16–bk–05224–HWV |

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

Dated: June 20, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)